## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| LINDA F. GAVIGAN, | ) | Case No.  17-18131 |
| | ) | |
| Debtor. | ) | Judge A. Benjamin Goldgar |

### CERTIFICATE OF SERVICE

To:     SEE ATTACHED SERVICE LIST

**PLEASE TAKE NOTICE** that on January 12, 2018, I caused to be filed with the Clerk of the United States Bankruptcy Court for the Northern District of Illinois at 219 South Dearborn Street, Chicago, Illinois, the following:

1.     Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object.

The undersigned does hereby certify that a copy of this notice was served electronically or mailed to the above persons, at their respective addresses, postage prepaid, by depositing in the U.S. Mail at 2700 South River Road, Des Plaines, Illinois 60018, before 5:00 p.m. on or before January 12, 2018.

/s/ *John E. Gierum*
John E. Gierum

John E. Gierum, Esq.
GIERUM & MANTAS
2700 South River Road, Ste. 308
Des Plaines, IL 60018
847/318-9130
Atty. #: 0951803

## Service List
## Case No. 17-18131

Patrick S. Layng*
Office of the US Trustee, Region 11
219 South Dearborn Street
Room 873
Chicago, IL 60604-2027

Stephen S. Newland*
Newland & Newland, LLP
1512 Artaius Parkway
Suite 300
Libertyville, IL 60048-5231

Linda F. Gavigan
2482 Lawson Boulevard
Gurnee, IL 60031

American Express Centurion Bank
c/o Becket and Lee LLP
PO Box 3001
Malvern, PA 19355-0701

Capital One Bank (USA), N.A.
PO Box 71083
Charlotte, NC 28272-1083

Capital One Bank
c/o Becket and Lee LLP
PO Box 3001
Malvern, PA 19355-0701

Discover Bank
Discover Products, Inc.
PO Box 3025
New Albany, OH 43054-3025

LVNV Funding, LLC its successors and
assigns, assignee of Capital One Bank
(USA), N.A.
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

LVNV Funding, LLC its successors and
assigns, assignee of FNBM, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Merrick Bank
Resurgent Capital Services
PO Box 10368
Greenville, SC 29603-0368

Midland Funding, LLC
Midland Credit Management, Inc., as
agent
PO Box 2011
Warren, MI 48090-2011

Portfolio Recovery Associates, LLC
PO Box 41067
Norfolk VA 23541-1067

Quantum3 Group LLC as agent for
Comenity Bank
PO Box 788
Kirkland, WA 98083-0788

Synchrony Bank
c/o PRA Receivable Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

TD Bank, USA
By American InfoSource LP, as agent
4515 N. Santa Fe Avenue
Oklahoma City, OH 73118-7901

Wells Fargo Financial National Bank
Wells Fargo Bank, N.A.
PO Box 10438, MAC F8235-02F
Des Moines, IA 50306-0438

*ecf