## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re: GAVIGAN, LINDA F §   Case No. 17-18131-ABG
                                                  §
                                                  §
                                                  §
Debtor(s)                                   §

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
### REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
### AND APPLICATION TO BE DISCHARGED (TDR)

JOHN E. GIERUM, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2)  A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned:  $242,960.26                 Assets Exempt:  $261,250.00
*(without deducting any secured claims)*

Total Distribution to Claimants:$21,456.27         Claims Discharged
                                                                    Without Payment: $31,965.19

Total Expenses of Administration:$3,543.73

3)  Total gross receipts of $      25,000.00      (see **Exhibit 1** ), minus funds paid to the debtor and third parties of $         0.00      (see **Exhibit 2**), yielded net receipts of  $25,000.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 3,543.73 | 3,543.73 | 3,543.73 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 53,421.46 | 53,421.46 | 21,456.27 |
| **TOTAL DISBURSEMENTS** | $0.00 | $56,965.19 | $56,965.19 | $25,000.00 |

4)  This case was originally filed under Chapter 7 on June 14, 2017. The case was pending for 11 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6)  An individual estate property record and report showing the final accounting of the assets of the estate is attached as  **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as  **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 04/17/2018 _____   By: /s/JOHN E. GIERUM _____
                                     Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBITS TO**
**FINAL ACCOUNT**

## EXHIBIT 1 ‒GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2482 Lawson Blvd, Gurnee, IL 60031-0000, Lake Co | 1110-000 | 18,900.00 |
| 2011 Kia Sorento, 40000 miles, Purchase offer fr | 1129-000 | 6,100.00 |
| **TOTAL GROSS RECEIPTS** | | **$25,000.00** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 ‒FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 ‒SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | None | | | | |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 ‒CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - JOHN E. GIERUM | 2100-000 | N/A | 3,250.00 | 3,250.00 | 3,250.00 |
| Trustee Expenses - JOHN E. GIERUM | 2200-000 | N/A | 190.80 | 190.80 | 190.80 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 32.36 | 32.36 | 32.36 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 35.91 | 35.91 | 35.91 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Other - Rabobank, N.A. | 2600-000 | N/A | 34.66 | 34.66 | 34.66 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $3,543.73 | $3,543.73 | $3,543.73 |

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank | 7100-000 | N/A | 6,092.46 | 6,092.46 | 2,446.98 |
| 2 | TD Bank, USA | 7100-000 | N/A | 1,191.27 | 1,191.27 | 478.46 |
| 3 | Wells Fargo Financial National Bank | 7100-000 | N/A | 13,003.28 | 13,003.28 | 5,222.65 |
| 4 | Capital One Bank (USA), N.A. | 7100-000 | N/A | 3,106.32 | 3,106.32 | 1,247.63 |
| 5 | Capital One Bank (USA), N.A. | 7100-000 | N/A | 2,300.99 | 2,300.99 | 924.17 |
| 6 | Capital One Bank (USA), N.A. | 7100-000 | N/A | 1,776.06 | 1,776.06 | 713.34 |
| 7 | Capital One, N.A. | 7100-000 | N/A | 1,319.12 | 1,319.12 | 529.81 |
| 8 | MERRICK BANK | 7100-000 | N/A | 2,568.95 | 2,568.95 | 1,031.80 |
| 9 | LVNV Funding, LLC its successors and assigns as | 7100-000 | N/A | 2,313.09 | 2,313.09 | 929.03 |
| 10 | American Express Centurion Bank | 7100-000 | N/A | 3,058.53 | 3,058.53 | 1,228.43 |
| 11 | Midland Funding, LLC | 7100-000 | N/A | 8,045.69 | 8,045.69 | 3,231.48 |
| 12 | Synchrony Bank | 7100-000 | N/A | 946.78 | 946.78 | 380.27 |
| 13 | Quantum3 Group LLC as agent for | 7100-000 | N/A | 515.10 | 515.10 | 206.89 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 14 | Quantum3 Group LLC as agent for | 7100-000 | N/A | | 3,057.87 | 3,057.87 | 1,228.17 |
| 15 | Quantum3 Group LLC as agent for | 7100-000 | N/A | | 1,862.03 | 1,862.03 | 747.87 |
| 16 | Quantum3 Group LLC as agent for | 7100-000 | N/A | | 992.08 | 992.08 | 398.46 |
| 17 | LVNV Funding, LLC its successors and assigns as | 7100-000 | N/A | | 663.74 | 663.74 | 266.59 |
| 18 | Portfolio Recovery Associates, LLC | 7100-000 | N/A | | 608.10 | 608.10 | 244.24 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | | $0.00 | $53,421.46 | $53,421.46 | $21,456.27 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 17-18131-ABG  
**Case Name:** GAVIGAN, LINDA F

**Period Ending:** 04/17/18

**Trustee:**  (520171)  JOHN E. GIERUM  
**Filed (f) or Converted (c):** 06/14/17 (f)  
**§341(a) Meeting Date:** 07/27/17  
**Claims Bar Date:** 11/13/17

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned OA=§554(a)** | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1  2482 Lawson Blvd, Gurnee, IL 60031-0000, Lake Co Imported from original petition Doc# 1 | 250,000.00 | 83,287.00 | | 18,900.00 | FA |
| 2  Cash Imported from original petition Doc# 1 | 50.00 | 0.00 | | 0.00 | FA |
| 3  Savings and Christmas club #9006: Quorom Credit Imported from original petition Doc# 1 | 246.94 | 0.00 | | 0.00 | FA |
| 4  Checking Savings #8778.00: Consumers Credit Unio Imported from original petition Doc# 1 | 895.76 | 0.00 | | 0.00 | FA |
| 5  Regular and Customary Furniture, Home Furnishing Imported from original petition Doc# 1 | 1,000.00 | 1,000.00 | | 0.00 | FA |
| 6  Usual and Necessary Wearing Apparel Imported from original petition Doc# 1 | 300.00 | 0.00 | | 0.00 | FA |
| 7  Costume Jewlery, no precious metals or gemstones Imported from original petition Doc# 1 | 75.00 | 75.00 | | 0.00 | FA |
| 8  CUNA whole life policy: Carrie Mount (debtor's d Imported from original petition Doc# 1 | 842.56 | 0.00 | | 0.00 | FA |
| 9  IRA: Waddell and Reed Imported from original petition Doc# 1 | 239,550.00 | 0.00 | | 0.00 | FA |
| 10  2011 Kia Sorento, 40000 miles, Purchase offer fr Imported from original petition Doc# 1 | 10,500.00 | 6,135.26 | | 6,100.00 | FA |
| **10**  **Assets**  **Totals** (Excluding unknown values) | **$503,460.26** | **$90,497.26** | | **$25,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

TFR is filed, awaiting Court Approval.

TFR is filed, awaiting Court  approval

**Initial Projected Date Of Final Report (TFR):**  December 31, 2018  

**Current Projected Date Of Final Report (TFR):**  January 11, 2018  (Actual)

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 17-18131-ABG  
**Case Name:** GAVIGAN, LINDA F

**Taxpayer ID #:** **-***6149  
**Period Ending:** 04/17/18

**Trustee:** JOHN E. GIERUM (520171)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******8866 - Checking Account  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 10/03/17 | | Linda Gavigan | | | 25,000.00 | | 25,000.00 |
| | {1} | | 18,900.00 | 1110-000 | | | 25,000.00 |
| | {10} | | 6,100.00 | 1129-000 | | | 25,000.00 |
| 10/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 32.36 | 24,967.64 |
| 11/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 35.91 | 24,931.73 |
| 12/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 34.66 | 24,897.07 |
| 02/21/18 | 101 | Discover Bank | First and Final Distribution | 7100-000 | | 2,446.98 | 22,450.09 |
| 02/21/18 | 102 | TD Bank, USA | First and Final Distribution | 7100-000 | | 478.46 | 21,971.63 |
| 02/21/18 | 103 | Wells Fargo Financial National Bank | First and Final Distribution | 7100-000 | | 5,222.65 | 16,748.98 |
| 02/21/18 | 104 | Capital One Bank (USA), N.A. | First and Final Distribution | 7100-000 | | 1,247.63 | 15,501.35 |
| 02/21/18 | 105 | Capital One Bank (USA), N.A. | First and Final Distribution | 7100-000 | | 924.17 | 14,577.18 |
| 02/21/18 | 106 | Capital One Bank (USA), N.A. | First and Final Distribution | 7100-000 | | 713.34 | 13,863.84 |
| 02/21/18 | 107 | Capital One, N.A. | First and Final Distribution | 7100-000 | | 529.81 | 13,334.03 |
| 02/21/18 | 108 | MERRICK BANK | First and Final Distribution | 7100-000 | | 1,031.80 | 12,302.23 |
| 02/21/18 | 109 | LVNV Funding, LLC its successors and assigns as | First and Final Distribution | 7100-000 | | 929.03 | 11,373.20 |
| 02/21/18 | 110 | American Express Centurion Bank | First and Final Distribution | 7100-000 | | 1,228.43 | 10,144.77 |
| 02/21/18 | 111 | Midland Funding, LLC | First and Final Distribution | 7100-000 | | 3,231.48 | 6,913.29 |
| 02/21/18 | 112 | Synchrony Bank | First and Final Distribution | 7100-000 | | 380.27 | 6,533.02 |
| 02/21/18 | 113 | Quantum3 Group LLC as agent for | First and Final Distribution | 7100-000 | | 206.89 | 6,326.13 |
| 02/21/18 | 114 | Quantum3 Group LLC as agent for | First and Final Distribution | 7100-000 | | 1,228.17 | 5,097.96 |
| 02/21/18 | 115 | Quantum3 Group LLC as agent for | First and Final Distribution | 7100-000 | | 747.87 | 4,350.09 |
| 02/21/18 | 116 | Quantum3 Group LLC as agent for | First and Final Distribution | 7100-000 | | 398.46 | 3,951.63 |
| 02/21/18 | 117 | LVNV Funding, LLC its successors and assigns as | First and Final Distribution | 7100-000 | | 266.59 | 3,685.04 |
| 02/21/18 | 118 | Portfolio Recovery Associates, LLC | First and Final Distribution | 7100-000 | | 244.24 | 3,440.80 |
| 02/21/18 | 119 | JOHN E. GIERUM | COMBINED CHECK FOR TRUSTEE COMPENSATION, EXPENSES AND INTEREST | | | 3,440.80 | 0.00 |
| | | | Dividend paid 100.00%          3,250.00 on $3,250.00;  Claim# ; Filed: $3,250.00 | 2100-000 | | | 0.00 |
| | | | Dividend paid 100.00%          190.80 on $190.80;  Claim# ; Filed: $190.80 | 2200-000 | | | 0.00 |

Subtotals :                    $25,000.00        $25,000.00

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 17-18131-ABG

**Case Name:** GAVIGAN, LINDA F

**Taxpayer ID #:** \*\*-\*\*\*6149

**Period Ending:** 04/17/18

**Trustee:** JOHN E. GIERUM (520171)

**Bank Name:** Rabobank, N.A.

**Account:** \*\*\*\*\*\*8866 - Checking Account

**Blanket Bond:** $5,000,000.00 (per case limit)

**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | | **ACCOUNT TOTALS** | | 25,000.00 | 25,000.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 25,000.00 | 25,000.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | $25,000.00 | $25,000.00 | |

| | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | |
| **Checking # \*\*\*\*\*\*8866** | 25,000.00 | 25,000.00 | 0.00 |
| | $25,000.00 | $25,000.00 | $0.00 |

{} Asset reference(s)

Printed: 04/17/2018 11:19 AM   V.13.32